# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH CLARK, | ) |
|           Plaintiff, | ) Case No. 1:23-cv-1370-MN |
| v. | ) |
| LIVENT CORPORATION, PIERRE R. BRONDEAU, ROBERT C. PALLASH, G. PETER D'ALOIA, CHRISTINA LAMPE-ÖNNERUD, MICHAEL F. BARRY, STEVEN T. MERKT, PABLO MARCET, ANDREA E. UTECHT, and PAUL W. GRAVES, | ) JURY TRIAL DEMANDED |
|           Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 22, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*